**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| REGIONS BANK | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9:20-CV-157 |
| | § | |
| BOBO TIMBER, LLC ET AL. | § | JUDGE RON CLARK |
| | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the court is Plaintiff's Notice of Dismissal with Prejudice. (Dkt. #5). The Plaintiff seeks a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The court is of the opinion that it should grant this motion.

**IT IS ORDERED** that in accordance with the Plaintiff's motion, all claims asserted herein are **DISMISSED** with prejudice. Accordingly, all remaining deadlines, trial settings, and pending motions are **TERMINATED.** This case is **CLOSED**, and this constitutes a final judgment for appeal purposes.

So Ordered and Signed
Oct 9, 2020

_____
Ron Clark
Senior Judge

1